# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| BRYON D. BURNS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00179-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 16, 2023 Memorandum Opinion and Order.

February 16, 2023

Frank G. Johns, Clerk
United States District Court